ACCEPTED
03-17-00511-CR
21290792
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 11:35 AM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 11:35:20 AM
JEFFREY D. KYLE
Clerk

**ALLISON PALMER**        **JOHN BEST**

**51ST & 119TH DISTRICT ATTORNEYS**

**124 W. Beauregard**

**San Angelo, Texas 76903**

325/659-6583                           325/655-6116

325/658-6831 (Fax)

December 14, 2017

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas 78711

Style: Brandon Rene Gonzales, Appellant v. The State of Texas,
Case # 03-17-00511-CR Trial Court# B-09-0247-SA, 119th District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief. Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____

Tiffany Sheppard
Asst. District Attorney
51st & 119th Judicial Districts
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831 FAX
TSB# 24068139
tiffany.sheppard.best@co.tom-green.tx.us

cc:   Kirk Hawkins
P.O. BOX 3645
San Angelo, TX 76902
Delivered via https://efile.txcourts.gov/ to kirkhawkinslaw@gmail.com